JS 44 (Rev. 09/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Ronnie Oney d/b/a Ronnie's Wrecker Service

**(b)** County of Residence of First Listed Plaintiff   Harrison
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Josh B. Maness, 480 W. Texas Avenue, Waskom, Texas 75692
(903) 407-8455

## DEFENDANTS

Great Lakes Insurance SE

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
            THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Les Pickett and Jake Kauffman
Galloway, Johnson, Tompkins, Burr & Smith
1301 McKinney, Ste. 1400, Houston, Texas 77010 (713) 599-0700

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1   U.S. Government
         Plaintiff
- ☐ 3   Federal Question
         *(U.S. Government Not a Party)*
- ☐ 2   U.S. Government
         Defendant
- ☒ 4   Diversity
         *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                           *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☒ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- ☒ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

### IMMIGRATION
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit (15 USC 1681 or 1692)
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §1441(a)

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE
11/26/2019

SIGNATURE OF ATTORNEY OF RECORD
/s/ Les Pickett

### FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# EXHIBIT A

Skip to Main Content  Logout  My Account  Search Menu  New Search  Refine Search  Back                                    Location : All Courts   Help

# REGISTER OF ACTIONS
## CASE NO. 2019-10832-CCL

| | | |
|---|---|---|
| Ronnie Oney d/b/a Ronnie's Wrecker Service vs. Great Lakes Insurance SE | § § § § § § | Case Type: **All Other Civil Cases** <br> Date Filed: **08/30/2019** <br> Location: **County Court at Law #1** <br> Judicial Officer: **Black, Joe** |

---

### PARTY INFORMATION

|  |  | Attorneys |
|---|---|---|
| **Defendant** | **Great Lakes Insurance SE** | |
| **Plaintiff** | **Ronnie Oney d/b/a Ronnie's Wrecker Service** | **JOSH MANESS** <br> *Retained* <br> 903-407-8455(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | |
|---|---|---|
| 08/30/2019 | **New Cases Filed (OCA)** | |
| 08/30/2019 | **CITATION BY CERTIFIED MAIL** | |
| 08/30/2019 | **Citation** | |
| | Great Lakes Insurance SE | Unserved |
| 09/16/2019 | **CITATION RETURNED UNSERVED** | |
| 10/23/2019 | **PLAINTIFFS FIRST AMENDED PETITION** | |
| 10/23/2019 | **Citation** | |
| 10/23/2019 | **Citation** | |
| | Great Lakes Insurance SE | Unserved |

---

### FINANCIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| | **Plaintiff** Ronnie Oney d/b/a Ronnie's Wrecker Service | | | |
| | Total Financial Assessment | | | 340.00 |
| | Total Payments and Credits | | | 340.00 |
| | **Balance Due as of 11/13/2019** | | | **0.00** |
| | | | | |
| 08/30/2019 | Transaction Assessment | | | 242.00 |
| 08/30/2019 | Transaction Assessment | | | 90.00 |
| 08/30/2019 | Payment | Receipt # 007208-CC | MANESS, JOSH | (332.00) |
| 10/23/2019 | Transaction Assessment | | | 8.00 |
| 10/23/2019 | Payment | Receipt # 007424-CC | MANESS, JOSH | (8.00) |

STATE OF TEXAS
US POSTAGE
PENALTY FOR PRIVATE USE

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR PRIVA





USPS CERTIFIED MAIL

9214 8901 9403 8398 2931 09

Texas Department
of Insurance
MC 113-2A
333 Guadalupe
Austin, TX 78701

GREAT LAKES INSURANCE SE
BELL AND CLEMENTS LIMITED
12110 SUNSET HILLS ROAD SUITE 320
RESTON VA 20190

Return Reff#: Cause No. 2019-10832-CCL
Custom 1: Amended Petition
Custom 2: E-Case 22921

Postage: $6.2500

# TDI | Texas Department of Insurance

PO Box 149104 | Austin, TX 78714 | 1-800-578-4677 | tdi.texas.gov

November 7, 2019

USPS Certified Mail No.
9214 8901 9403 8398 2931 09
Return Receipt Requested

Great Lakes Insurance SE
c/o Bell and Clements Limited
12110 Sunset Hills Road, Suite 320
Reston, VA 20190

Re:  Cause No.: 2019-10832-CCL; styled *Ronnie Oney d/b/a Ronnie's Wrecker Service vs. Great Lakes Insurance SE;* in the County Court at Law, Harrison County, Texas

Dear Sir/Madam:

Service of Process has been requested through the Commissioner of Insurance.  Enclosed please find citation and Plaintiff's First Amended Petition and Request for Disclosure in the above referenced matter.  These documents were served upon the Commissioner of Insurance on November 1, 2019.

Sincerely,

*Tish Wilhelm*

Tish Wilhelm
Program Specialist

enclosure

# USPS Tracking®

FAQs >

## Track Another Package  +

**Tracking Number:** 9214890194038398293109

Remove ✕

Your item was delivered to an individual at the address at 11:58 am on November 12, 2019 in RESTON, VA 20190.

## ⊘ Delivered

November 12, 2019 at 11:58 am
Delivered, Left with Individual
RESTON, VA 20190

**Get Updates** ⌄

Feedback

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Return Receipt Electronic** | ⌄ |
| **Tracking History** | ⌄ |
| **Product Information** | ⌄ |

**See Less** ⌃

COPY

CLERK OF THE COURT
ELIZABETH JAMES, COUNTY CLERK
P.O. BOX 1365
MARSHALL, TEXAS 75671

ATTORNEY FOR PLAINTIFF
JOSH MANESS
480 WEST TEXAS AVE
WASKOM TX  75692

## CITATION

**THE STATE OF TEXAS**
NOTICE TO DEFENDANT:  "You have been sued, you may employ an attorney. If you or your attorney
do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next
following the expiration of twenty days after you were served this citation and petition, a default
judgment may be taken against you."

TO:   Great Lakes Insurance SE
       Through its agent Bell and
      Clements Limited 12110 Sunset
      Hills Rd., Suite 320, Reston, VA
      20190 by serving its Agent for
      service: Commissioner of Insurance,
      TDI, Chief Clerk Office, 333
      Guadalupe, P.O.Box 149104, MC
      112-2A
      Austin Texas  78714-9104

You are hereby commanded to appear by filing a written answer to the **Plaintiff's First Amended
Petition and Request for Disclosure** at or before 10 o'clock A.M. of the Monday next after the
expiration of 20 days after the date of service of this citation before the Honorable County Court of
Harrison County, Texas, at the Courthouse of said County in Marshall, Texas. Said plaintiffs Petition was
filed in said court on the **30th day of August, 2019.** The file number of said suit being No. **2019-10832-
CCL**
The style of the case is: **Ronnie Oney d/b/a Ronnie's Wrecker Service vs Great Lakes Insurance SE**

The nature of Plaintiffs demand is fully shown by a true and correct copy of Plaintiff's Petition,
accompanying this citation, and made a part hereof.
The officer executing this writ shall promptly serve the same according to requirements of law, and the
mandates hereof, and make due return as the law directs.
Issued this the 23rd day of October, 2019 and given under my hand and the seal of said Court at office in
Marshall, Texas.

ELIZABETH JAMES
COUNTY CLERK HARRISON COUNTY

(SEAL)

By: _Pam Rockwell_

Pam Rockwell Civil Clerk

Filed 10/23/2019 1:21 PM
Elizabeth James
County Clerk
Harrison County, Texas
Pam Rockwell, Deputy

2019-10832-CCL

## CAUSE NO.  2019-10832-CCL

| | | |
|---|---|---|
| RONNIE ONEY | § | IN THE COUNTY COURT |
| d/b/a RONNIE'S WRECKER SERVICE | § | |
| | § | |
| vs. | § | |
| | § | |
| GREAT LAKES INSURANCE SE | § | HARRISON COUNTY, TEXAS |

### PLAINTIFF'S FIRST AMENDED PETITION AND
### REQUEST FOR DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Ronnie Oney d/b/a Ronnie's Wrecker Service, PLAINTIFF herein, and makes and files this Plaintiff's First Amended Petition against Great Lakes Insurance SE, DEFENDANT herein, and for causes of action would respectfully show unto the Court and Jury as follows:

### PARTIES AND VENUE

1.   The Plaintiff, Ronnie Oney d/b/a Ronnie's Wrecker Service, is a towing and recovery company with its principal place of business in Marshall, Harrison County, Texas.

2.        The Defendant, Great Lakes Insurance SE, is a foreign insurance company based in Munich and a fully owned subsidiary of Munich Re Group acting as a specialist provider of insurance services and the preferred facilitator of insurance business.  Bell and Clements Limited, acting as an agent for Great Lakes Insurance SE is a foreign insurance company based in London (55 King William Street, London EC4R 9AD) with offices located in the United States (12110 Sunset Hills Road, Suite 320, Reston, VA 20190 and 9465 Counselors Row, Suite 200, Indianapolis, IN 46240), and is the underwriter and binding authority for Great Lakes Insurance SE.  Bell and Clements is an accredited Lloyd's insurance broker specializing in brokering and

underwriting services for North American wholesale brokers and managing general agents and is

wholly-owned by Munich Re Group.  The Littleton Group-Western Division, Inc. is the third-party

administrator contracted to handle claims on behalf of Bell and Clements and Great Lakes

Insurance SE.

Defendant **GREAT LAKES INSURANCE SE through its agent, Bell and Clements**

**Limited, 12110 Sunset Hills Road, Suite 320, Reston, VA 20190 may be served with process**

**by serving its agent for service:   Commissioner of Insurance, Texas Department of**

**Insurance, Chief Clerk Office, 333 Guadalupe, P.O. Box 149104, MC 112-2A, Austin, Texas**

**78714-9104.**

3.      Discovery in this action is intended to be conducted under Level 1, in accordance

with Rule 190 of the Texas Rules of Civil Procedure.  Plaintiff seeks damages no greater than

$100,000 at this time and therefore requests an expedited discovery and trial calendar.

4.  This Court has jurisdiction of venue in this cause of action in accordance with Chapter

15, Texas Civil Practices & Remedies Code, because all of the cause of action occurred in Harrison

County, Texas. Furthermore, this court has jurisdiction over the parties because Defendant has

purposely availed themselves to the benefits of operating within the confines of the State of Texas.

As such, Defendant has had more than ample amounts of "minimum contacts" necessary to

establish jurisdiction.

## FACTS AND CLAIMS

5. On or about November 28, 2018 Defendant's insured was operating a tractor-trailer in

Harrison County, Texas.   The utility reefer trailer bearing VIN# 1UYVS25309U630302 was

carrying perishable cargo that had to be hauled off and disposed of.  Plaintiff was the "on call"

heavy duty wrecker assigned to the wreck.  Plaintiff was not requested by the insured to tow its

truck and trailer but was rather assigned to the tow by the Harrison County Sheriff's department.

Plaintiff was properly dispatched to the scene wherein it coordinated and contracted the entire

cleanup and tow process of the Defendant's insureds disaster.  Subsequently, when the bill came

due, Defendant has failed to pay by claiming its policy has been exhausted.  To date, the

outstanding amount is approximately $40,468.63.  Due to the ongoing nature of the storage related

fees, the charges continue to accrue.

***TEXAS OCCUPATIONS CODE § 2303.156(b)***

6.  Texas law provides for a direct action against an insurance company who pays a total

loss on a vehicle in order for a towing and storage company to recoup its fees of removing the

totaled vehicle.  This statute covers non-consent tows which result in totaled vehicles, including

environmental cleanup costs.  This is exactly the facts of this lawsuit.  In the context of the trucking

industry, this law was challenged and upheld on numerous grounds that are identical to the facts

of this case.  *See Canal Insurance Co. v. Hopkins d/b/a Hopkins Towing and Recovery*, 238 S.W.3d

549 (Tex.App.—Tyler 2007).   Therefore, Plaintiff seeks all remedies available under the statute

from Defendant.

7.  Plaintiff seeks a declaratory judgment under Chapter 37 of the Texas CPRC that the

above statute is valid and applicable to the facts of this case.  Plaintiff further seeks a declaratory

judgment that Plaintiff is entitled to payment for the services rendered to the Defendant's insured

under the above statute and the caselaw interpreting the same.  Lastly, Plaintiff seeks all costs and

attorney's fees pursuant to Chapter 37.009 of the Texas CPRC.

## REQUESTS FOR DISCLOSURE

8.      Plaintiff requests that Defendant disclose those items listed in 194.2 (a-k) of the

Texas Rules of Civil Procedure within 50 days.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs prays that the Defendant be

cited in terms of law to appear and answer herein, and that upon trial hereof, Plaintiff be granted a

Judgment against the Defendant for a sum of money in excess of the minimum jurisdictional limits

of this Court including non-economic and consequential damages and attorney's fees or such other

sum as to which to the Jury may seem just and fair, plus interest thereon at the legal rate until paid

in full, for execution thereon, for all costs of Court for this cause incurred, and for such other and

further relief as to which it may show itself justly entitled.

Respectfully submitted,

By: *Josh B. Maness*

Josh B. Maness
Texas Bar No. 24046340
480 W. Texas Ave.
Waskom, Texas 75692
Tel. (903) 407-8455
Fax (877) 320-5751
Email: josh@joshmaness.com

Attorney for Plaintiff