Filed 10/23/2019 1:21 PM
Elizabeth James
County Clerk
Harrison County, Texas
Pam Rockwell, Deputy

2019-10832-CCL

CAUSE NO. 2019-10832-CCL

| | | |
|---|---|---|
| RONNIE ONEY | § | IN THE COUNTY COURT |
| d/b/a RONNIE'S WRECKER SERVICE | § | |
| | § | |
| vs. | § | |
| | § | |
| | § | |
| GREAT LAKES INSURANCE SE | § | HARRISON COUNTY, TEXAS |

**PLAINTIFF'S FIRST AMENDED PETITION AND
REQUEST FOR DISCLOSURE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Ronnie Oney d/b/a Ronnie's Wrecker Service, PLAINTIFF herein, and makes and files this Plaintiff's First Amended Petition against Great Lakes Insurance SE, DEFENDANT herein, and for causes of action would respectfully show unto the Court and Jury as follows:

**PARTIES AND VENUE**

1. The Plaintiff, Ronnie Oney d/b/a Ronnie's Wrecker Service, is a towing and recovery company with its principal place of business in Marshall, Harrison County, Texas.

2. The Defendant, Great Lakes Insurance SE, is a foreign insurance company based in Munich and a fully owned subsidiary of Munich Re Group acting as a specialist provider of insurance services and the preferred facilitator of insurance business. Bell and Clements Limited, acting as an agent for Great Lakes Insurance SE is a foreign insurance company based in London (55 King William Street, London EC4R 9AD) with offices located in the United States (12110 Sunset Hills Road, Suite 320, Reston, VA 20190 and 9465 Counselors Row, Suite 200, Indianapolis, IN 46240), and is the underwriter and binding authority for Great Lakes Insurance SE. Bell and Clements is an accredited Lloyd's insurance broker specializing in brokering and

underwriting services for North American wholesale brokers and managing general agents and is wholly-owned by Munich Re Group. The Littleton Group-Western Division, Inc. is the third-party administrator contracted to handle claims on behalf of Bell and Clements and Great Lakes Insurance SE.

Defendant **GREAT LAKES INSURANCE SE through its agent, Bell and Clements Limited, 12110 Sunset Hills Road, Suite 320, Reston, VA 20190 may be served with process by serving its agent for service: Commissioner of Insurance, Texas Department of Insurance, Chief Clerk Office, 333 Guadalupe, P.O. Box 149104, MC 112-2A, Austin, Texas 78714-9104.**

3. Discovery in this action is intended to be conducted under Level 1, in accordance with Rule 190 of the Texas Rules of Civil Procedure. Plaintiff seeks damages no greater than $100,000 at this time and therefore requests an expedited discovery and trial calendar.

4. This Court has jurisdiction of venue in this cause of action in accordance with Chapter 15, Texas Civil Practices & Remedies Code, because all of the cause of action occurred in Harrison County, Texas. Furthermore, this court has jurisdiction over the parties because Defendant has purposely availed themselves to the benefits of operating within the confines of the State of Texas. As such, Defendant has had more than ample amounts of "minimum contacts" necessary to establish jurisdiction.

## FACTS AND CLAIMS

5. On or about November 28, 2018 Defendant's insured was operating a tractor-trailer in Harrison County, Texas. The utility reefer trailer bearing VIN# 1UYVS25309U630302 was carrying perishable cargo that had to be hauled off and disposed of. Plaintiff was the "on call"

Case 2:19-cv-00389-RSP Document 1-1 Filed 11/26/19 Page 3 of 4 PageID #: 18

heavy duty wrecker assigned to the wreck. Plaintiff was not requested by the insured to tow its truck and trailer but was rather assigned to the tow by the Harrison County Sheriff's department. Plaintiff was properly dispatched to the scene wherein it coordinated and contracted the entire cleanup and tow process of the Defendant's insureds disaster. Subsequently, when the bill came due, Defendant has failed to pay by claiming its policy has been exhausted. To date, the outstanding amount is approximately $40,468.63. Due to the ongoing nature of the storage related fees, the charges continue to accrue.

## *TEXAS OCCUPATIONS CODE § 2303.156(b)*

6. Texas law provides for a direct action against an insurance company who pays a total loss on a vehicle in order for a towing and storage company to recoup its fees of removing the totaled vehicle. This statute covers non-consent tows which result in totaled vehicles, including environmental cleanup costs. This is exactly the facts of this lawsuit. In the context of the trucking industry, this law was challenged and upheld on numerous grounds that are identical to the facts of this case. *See Canal Insurance Co. v. Hopkins d/b/a Hopkins Towing and Recovery*, 238 S.W.3d 549 (Tex.App.—Tyler 2007). Therefore, Plaintiff seeks all remedies available under the statute from Defendant.

7. Plaintiff seeks a declaratory judgment under Chapter 37 of the Texas CPRC that the above statute is valid and applicable to the facts of this case. Plaintiff further seeks a declaratory judgment that Plaintiff is entitled to payment for the services rendered to the Defendant's insured under the above statute and the caselaw interpreting the same. Lastly, Plaintiff seeks all costs and attorney's fees pursuant to Chapter 37.009 of the Texas CPRC.

## REQUESTS FOR DISCLOSURE

8. Plaintiff requests that Defendant disclose those items listed in 194.2 (a-k) of the Texas Rules of Civil Procedure within 50 days.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs prays that the Defendant be cited in terms of law to appear and answer herein, and that upon trial hereof, Plaintiff be granted a Judgment against the Defendant for a sum of money in excess of the minimum jurisdictional limits of this Court including non-economic and consequential damages and attorney's fees or such other sum as to which to the Jury may seem just and fair, plus interest thereon at the legal rate until paid in full, for execution thereon, for all costs of Court for this cause incurred, and for such other and further relief as to which it may show itself justly entitled.

Respectfully submitted,

By: *Josh B. Maness*

Josh B. Maness
Texas Bar No. 24046340
480 W. Texas Ave.
Waskom, Texas 75692
Tel. (903) 407-8455
Fax (877) 320-5751
Email: josh@joshmaness.com

Attorney for Plaintiff