IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RONNIE ONEY d/b/a RONNIE'S WRECKER SERVICE | § § § § § | |
| *Plaintiff,* | | |
| v. | § § § § § | Civil Action No. 2:19-cv-389-RSP |
| GREAT LAKES INSURANCE SE | § § § | |
| *Defendant.* | § | |

## DOCKET CONTROL ORDER

Having considered the parties' Joint Motion to Amend the Docket Control Order, the Court GRANTS the motion and amends the Docket Control Order as follows:

| **Original Date** | **New Date** | **Deadline/Hearing** |
|---|---|---|
| August 17, 2020 | October 26, 2020 | Jury Selection – 9:00 a.m. in **Marshall, Texas** before Judge Roy Payne |
| July 30, 2020 | October 8, 2020 | Pretrial Conference – 1:30 p.m. in **Marshall, Texas** before Judge Roy Payne |
| July 23, 2020 | October 1, 2020 | File Joint Pretrial Order, Joint Proposed Jury Instructions and Form of the Verdict, Responses to Motions *in Limine*, Updated Exhibit Lists, Updated Witness Lists, and Updated Deposition Designations. |

| | | |
|---|---|---|
| July 16, 2020 | | If a juror questionnaire is to be used, an editable (in Microsoft Word format) questionnaire shall be jointly submitted to the Deputy Clerk in Charge by this date [1] |
| July 16, 2020 | September 24, 2020 | File Motions *in Limine*<br><br>The parties are ordered to **meet and confer** on their respective motions *in limine* and **advise the court of any agreements in this regard by 1:00 p.m. three (3) business days before** the pretrial conference. The parties shall limit their motions *in limine* to those issues which, if improperly introduced into the trial of the case would be so prejudicial that the court could not alleviate the prejudice with appropriate instruction(s). |
| July 14, 2020 | | Serve Pretrial Objections |
| July 2, 2020 | | File Notice of Request for Daily Transcript or Real Time Reporting.<br><br>If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Shelly Holmes, at shelly_holmes@txed.uscourts.gov. |

---

[1]The Parties are referred to the Court's Standing Order Regarding Use of Juror Questionnaires in Advance of *Voir Dire.*

| | | |
|---|---|---|
| July 2, 2020 | | Response to Dispositive Motions (including *Daubert* Motions).[2] Responses to dispositive motions filed prior to the dispositive motion deadline, including *Daubert* Motions, shall be due in accordance with Local Rule CV-7(e). Motions for Summary Judgment shall comply with Local Rule CV-56. |
| July 2, 2020 | | Serve Pretrial Disclosures |
| June 18, 2020 | | Deadline for Filing Dispositive Motions and any other motions that may require a hearing; including *Daubert* motions. |
| June 18, 2020 | | Defendant to Identify and Give Notice of Trial Witnesses |
| June 11, 2020 | | Plaintiff to Identify and Give Notice of Trial Witnesses |
| June 4, 2020 | | File Response to Amended Pleadings |
| June 4, 2020 | | Mediation to be completed |
| May 21, 2020 | | File Amended Pleadings **(It is not necessary to file a Motion for Leave to Amend before the deadline to amend pleadings. It is necessary to file a Motion for Leave to Amend after the amended pleadings date set forth herein.)** |

---

[2]The parties are directed to Local Rule CV-7(d), which provides in part that "[a] party's failure to oppose a motion in the manner prescribed herein creates a presumption that the party does not controvert the facts set out by movant and has no evidence to offer in opposition to the motion." Local Rule CV-7(e) provides that a party opposing a motion has 14 days, in addition to any added time permitted under Fed. R. Civ. P. 6(d), in which to serve and file a response and any supporting documents, after which the court will consider the submitted motion for decision.

| | | |
|---|---|---|
| May 14, 2020 | | Discovery Deadline |
| May 7, 2020 | | Deadline to File Motions to Compel Regarding Discovery Disputes. |
| May 7, 2020 | | Defendant to designate Expert Witnesses[3] <br> Expert witness report due <br> Refer to Local Rules for required information |
| April 23, 2020 | | Plaintiff to Designate Expert Witnesses[4] <br> Expert witness report due <br> Refer to Local Rules for required information |
| April 23, 2020 | | Privilege Logs to be exchanged by parties (or a letter to the Court stating that there are no disputes as to claims of privileged documents). |
| March 19, 2020 | | Join Additional Parties |

**SIGNED this 20th day of July, 2020.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

---

[3] Plaintiffs who are also Counterclaim Defendants, as well as third-party Counterclaim Defendants, shall designate Expert Witnesses specific to such counterclaims at this deadline.

[4] Defendants who are also Counterclaim Plaintiffs shall designate Expert Witnesses specific to such counterclaims at this deadline.