IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RONNIE ONEY d/b/a RONNIE'S WRECKER SERVICE § § § *Plaintiff,* § § v. § § GREAT LAKES INSURANCE SE § § *Defendant.* § | Civil Action No. 2:19-cv-389-RSP |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF THIS COURT:

    Plaintiff, Ronnie Oney d/b/a Ronnie's Wrecker Service, and Defendant, Great Lakes Insurance SE hereby advise the Court that the parties have settled this matter and are working on exchange of settlement documentation and funding. The parties request 30 days to complete these tasks before the Court dismisses the case upon final motion by the parties.

    Respectfully submitted,

    */s/ Les Pickett*
    Les Pickett
      Federal I.D. No. 14306
      State Bar No. 15980520
    Jake Kauffman
      Federal I.D. No. 2348262
      State Bar No. 24080594

OF COUNSEL:
GALLOWAY, JOHNSON, TOMPKINS
BURR & SMITH
1301 McKinney Suite 1400
Houston, Texas  77010
(713) 599-0700 – Telephone
(713) 599-0777 – Facsimile
**ATTORNEYS FOR DEFENDANT**

                                              */s/ Josh B. Maness (by permission)*
                                              **Josh B. Maness**
Texas Bar No. 24080865
Email: josh@joshmaness.com
480 W. Texas Avenue
Waskom, Texas 75692
Tel. (903) 407-8455
Fax. (877) 320-5751
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served upon all counsel of record by the Eastern District of Texas e-file system on September 17, 2020:

Josh B. Maness
480 W. Texas Avenue
Waskom, Texas 75692
*Attorney for Plaintiff*

                                              */s/ Jake Kauffman*
                                              Les Pickett
                                              Jake Kauffman