IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RONNIE ONEY d/b/a RONNIE'S WRECKER SERVICE | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 2:19-cv-389-RSP |
| | § § § | |
| GREAT LAKES INSURANCE SE | § § § | |
| *Defendant.* | § | |

## **PROPOSED ORDER**

Having considered the parties' Joint Motion to Stay and Notice of Settlement filed September 18, 2020, the Court GRANTS the motion. It is ORDERED that all unreached deadlines are stayed for 30 days to allow the parties to finalize settlement and submit dismissal pleadings.

.