# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| RONNIE ONEY d/b/a RONNIE'S WRECKER SERVICE, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:19-cv-389-RSP |
| GREAT LAKES INSURANCE SE, | § § § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Joint Motion to Stay and Notice of Settlement ("Motion"), Dkt. No. 25, filed by Plaintiff Ronnie Oney d/b/a Ronnie's Wrecker Service and Defendant Great Lakes Insurance SE (collectively, the "Parties").

After consideration, the Court **GRANTS** the Parties' Motion. It is therefore **ORDERED** that all unreached deadlines in this matter are hereby stayed for 30 days to allow the Parties to finalize their settlement agreement and submit dismissal papers. The Parties shall file dismissal documents within 30 days of this Order unless excused for good cause.

**SIGNED this 22nd day of September, 2020.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE